In the Matter of the Petition of EDWARD T. WILLIAMS and Others, as Administrators with the Will Annexed, etc., of ARTHUR WILLIAMS, Deceased, for a Determination as to the Construction or Effect of Certain Provisions Contained in the Last Will and Testament of Said ARTHUR WILLIAMS, Deceased, Late of the Village of Roslyn Harbor, Town of North Hempstead, Nassau County, New York, Deceased. THEODORE D. WILLIAMS, Appellant; JOHN J. FLEMING and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

JOHN F. JAMES & SONS, INC., Respondent, v. JOSEPH A. BURDEAU, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

MARTHA A. JAMISON and Another, Surviving Partners of the Copartnership Trading under the Name and Style of ARBUCKLE BROS., Respondents, v. ARTHUR H. LAMBORN and Another, Defendants, and CHARLES C. RIGGS and Others, Surviving Partners of the Partnership Known and Designated as LAMBORN & COMPANY, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

HANNAH MAHONEY and Another, Appellants, v. IRWIN STAIGLE and PAUL HUCKFELDT, Individually and as Copartners under the Firm Name and Style of STAIGLE & HUCKFELDT, Respondents.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

ABE H. MERLIS, Respondent, v. UNIVERSAL INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

HANNAH ROSEN and Others, Respondents, v. LEIBOWITZ PICKLE WORKS, INC., Appellant, and Another, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

JULIUS ROSENBLUM, Respondent, v. HARRY WEINGARTEN, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

IRVING H. SHAW, Respondent, v. ROSE HARRIS and Another, Appellants, and Another, Defendant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.